# United States District Court
## for the Eastern District of Virginia
### Norfolk Division

Joelle Angel et.al.:
Rozelynd Bright, Cynthia Parker, Kristina Vinson,
Samuel Ward, Michael Williams,

        Plaintiffs  (Pro Se)

V.

Charlestowne Condo Association, Inc.,
Atlantic Community Management, Corp.,
AMAG, LLC   and
Smink, Thomas & Associates, P.C., d/b/a
   Thomas, Adams & Associates, P.C.

        Defendants.
     (Individually & Collectively)

Case No. __2:24cv 54__

28 USC §§ 1331; 1441(a); 1453(b) & 1446.

Federal Trade Commission Act [15 USC §§ 41-58]

Fair Debt Collection Practices Act [15 USC § 1692 et. seq.]

Class Action (28 USC § 1711)
Rule 23 F.R.Civ.P

FILED JAN 18 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Jury Trial requested

## Plaintiffs' Notice of REMOVAL of Action(s)
### (AFFIDAVIT)

Removal of the following <u>Warrant</u> in <u>Debt</u> action(s) from Portsmouth General District Court (by Plaintiffs):

**Portsmouth General District Court Case #'s filed by Plaintiffs:**

| Plaintiffs | Case #'s |
|---|---|
| Joelle **Angel** | 740  GV2300 **7742**-00 |
| Rozelynd **Bright** & Michael **Williams** | GV2300 **7731**-00<br>GV2300 **7731**-00 |
| Cynthia **Parker** | GV2300 **7796**-00 |
| Kristina **Vinson** | GV2300 **7783**-00 |
| Samuel **Ward** | GV2300 **7804**-00 |

---

I. **Notice:**

  A. Please take notice that the Plaintiffs have <u>removed</u> to the **U**nited **S**tates **D**istrict **C**ourt all claims and causes of action now pending in the General District Court of Portsmouth, Va.

  B. A copy of the pleadings served upon defendants by the Plaintiffs to date in the State Court are attached as **Exhibits**:

    Ex. A (1 a., b., c., d. & e.):  All Pltfs'. Warrant(s) in Debt   ( 9/28/23).
    Ex. A (2 a., b., c. & d.): All Pltfs'. 'Opposition to Deny Motion to Dismiss'   (11/ 1/23).
    Ex. A (3 a. & b.): Pltf. Angel's 'Bill of Particulars' & 'Corrected Bill of Particulars'   (11/30/23 & 12/1/23).
    Ex. A (4):   Pltfs. Bright & Williams' 'Bill of Particulars'   (11/30/23).
    Ex. A (5):   Pltf. Parker's 'Bill of Particulars.'   (11/30/23).
    Ex. A (6):   Pltf. Vinson's 'Bill of Particulars.'   (11/30/23).
    Ex. A (7):   Pltf. Ward's 'Bill of Particulars'   (11/30/23).
    Ex. A (8):   All Pltfs'. 'Exhibits to Bill of Particulars'   (11/30/23).
    Ex. A (9):   All Pltfs'. 'Compliance with Def. AMAG's 'Subpoena Duces Tecum'   (12/12/23).
    Ex. A (10): All Pltfs'. 'Mt'n. & Order(s) for Default Judgment.   (12/15/23).
    Ex. A (11): All Pltfs'. 'Reply to Deny & Strike 'Grounds of Def. by Smink & Charlesowne'   (12/15/23).
    Ex. A (12): All Pltfs'. 'Mt'n. & Order for Summary Judgment.'   (12/21/23).
    Ex. A (13): Pltf. Angel's:  (a.) 'Mt'n. to Nullify Unofficial Withdrawal.'   (12/21/23)
                 (b.) 'Mt'n. for Recusal of Substitute Judge.'
                 (c.) 'Mt'n. to Resume Consolidated Cases with an Equitable Judge.'

1

    Ex. A (14): Pltf. Angel's: 'Addendum to Mt'n. for Recusal of Substitute Judge' (12/22/23).
    Ex. A (15): All Pltfs,'.  'Objection to Re-file the 'Bill of Particulars' ( 1/ 5/24).

C. A copy of all pleadings served upon Plaintiffs by the defendants to date in the State Court are attached as 'Exhibits:

    Ex. B (1 a.): Def's. (Smink)     "Mt'n. to Dismiss" (10/27/23).
    Ex. B (1 b.): Def's. (Charlestowne) 'Mt'n. for Pleadings. (10/27/23).
    Ex. B (2): Def's. (AMAG) 'Subpoena Duces Tecum (Civil)' (12/ 1/23).
    Ex. B (3): Defs.' (Smink) 'Grounds of Defense' (12/12/23).
    Ex. B (4): Defs.' (Charlestowne) 'Grounds of Defense' (12/12/23).
    Ex. B (5): Def's. (AMAG) 'Grounds of Defense' (12/14/23).

    **Note:** Def. (Atlantic) has <u>not</u> filed Grounds of Defense (GOD). On Trial date (12/19/23) a substitute judge permitted Def. Atlantic's extension for filing GOD to Jan. 22, 2024, because the Corporation had not obtained legal counsel since the first Notice (9/28/23).

D. A copy of the State Court's **Disposition** of Pltf. Angel's filed action [GV 2300 7742] is attached:
    Ex. C :    Dismissal without prejudice    [due to Plaintiff's "withdrawal"] (11/1/23).

E. The Plaintiffs' grounds for removal are as follows:

## II. This Civil Class Action is founded on Claims and Rights under the Laws of the United States:

A. Accordingly Federal questions are presented, as stated above. Thus, removal is appropriate.

B. Plaintiffs are being defrauded and <u>personally</u> <u>injured</u> by the Debt Collector, Condo Association, and Management firms via: The **Federal Trade Commission Act**, the Va. Consumer Protection Act, and the Condo Bylaws:
  1. Unit Owners are suffering depreciation of their homes due to breach of contract and refusal to do contracted repairs, yet forced to pay condo fees to a sham condo Association.
  2. The **Federal Trade Commission Act** enables Plaintiffs to:
    "*seek monetary redress and other relief for conduct injurious to consumers.*"

C. Plaintiffs are being defrauded and <u>personally</u> <u>injured</u> by the Debt-collector law firm via: The **Fair Debt Collection Practices Act** [15 USC § 1692 et. seq.] – using "*unfair, abusive and deceptive practices and statements*" to sue the condo Unit Owners for more attorney's fees (33%) than are justified by court order or <u>stated</u> in their letter (25%) and to unjustly garnish their wages:
  • Inflated attorney's fees.  • Unwarranted garnishments.  • Property Liens remain (after full payment).
  • *See* Pltf. Angel's '*Corrected Bill of Particulars:*' p.p. 9 – 10; ¶¶ 1 – 15.
  • Defendants (Smink, Charlestowne, Atlantic, & AMAG) refuse to "release liens" against Pltf. Vinson's home, regardless of Law firm letter that her "*debt is* paid-in-full:"
    Dec. 15, 2023 (via telephone)--Debt Collector told Pltf. that "*release …*" was mailed to Circuit Court on Dec. 13. However to date, 3 <u>Liens</u> <u>still</u> <u>exist</u> against her property.
  • **Liens:** certified copies of the Plaintiffs' liens are attached, to verify "*inflated attorney's fees.*"

D. Plaintiffs are being defrauded and <u>personally</u> <u>injured</u> by the outgoing and incoming Association Management firms that violate the Va. Condominium Act [§ 55.1-1943-G] -- refusing to: repair condo units or "*transfer control of the association to Unit owners,*" yet they demand increased condo fees. (*See* Pltf. Angel's *Corrected Bill of Particulars*)

E. The State Court <u>appears</u> reluctant to adjudicate the foregoing federal issues. Thus, they continually delay proceedings.

## III. Amendments:

A. All Plaintiffs named in this Notice <u>were</u> plaintiffs in a 'Va. Multiple Claimant Litigation action,' approved by the original judge--Chief Judge (Douglas B. Ottinger)--now Circuit Court Judge. On Trial date (12/19/23), a substitute judge changed and extended the proceedings.

B. To comply with the U.S. District Court 'relief requirements,' the Plaintiffs amend their former Prayer for Relief ($ 50,000.oo per plaintiff) to an award of Three Hundred Thousand U.S.D. ($ 300,000.oo) to be paid to each Plaintiff, by each defendant.

C. Plaintiffs proffer: Motion & Order for Termination of Charlestowne Condominium Association.

D. Plaintiffs reserve the right to alter, amend, or supplement the claims in this action up to and including the date of Trial.

## IV. This Notice of Removal is Timely and Complete and has been properly Served:

A. This Notice is filed within 30 days of Pltf. Angel's Dec. 19, 2023 "Case Withdrawal" and the State Court's "*Dismissal without prejudice*" (Dec. 19, 2023).

B. Defendants received <u>clear</u> <u>notice</u> of this action on September 28, 2023 and via Complaint / 'Bill of Particulars on November 30, 2023. Therefore, this Notice is timely filed pursuant to 28 USC § 1446.

C. This Court has original jurisdiction over the parties.

D. All requirements for Removal of Action have been met.

E. Plaintiffs have provided written notice of this Notice to defendants or counsel of record for the defendants. A true and complete copy of this Notice will be filed in the State Court action(s).

---

### Affidavit Declaration
### 28 USC § 1746   Unsworn Declarations under Penalty of Perjury

We swear (affirm) under penalty of perjury that the statements made in this <u>Notice of Removal to Federal Court</u> [Affidavit] are true and correct to the best of our knowledge.

---

+

+        +

Respectfully submitted, this 18th day of January, A.D. (Year of our LORD]) 2024

_____*Joelle Joy Angel*_____
(Pro se)
Joelle Joy Angel
1631 Darren Circle
Portsmouth, VA 23701
(434) 532-2682

_____*Rozelynd Bright*_____
(Pro se)
Rozelynd Bright
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 465-7070

_____*Cynthia N B Parker*_____
(Pro se)
Cynthia Parker
1625 Darren Circle
Portsmouth, VA 23701
(757) 606-4931

_____*Kristina Vinson*_____
(Pro se)
Kristina Vinson
1657 Darren Circle
Portsmouth, VA 23701
(757) 237-9369

_____*Samuel Ward*_____
(Pro se)
Samuel Ward
1570 Darren Circle
Portsmouth, VA 23701

_____*Michael Williams*_____
(Pro se)
Michael Williams
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 465-7070

√ Plaintiffs     ___ Plaintiff's Attorney

## Ghostwriting Certificate

We certify that we did not receive help from an attorney (on this earth) in preparing this document, only *GOD the righteous Judge*. (Psalm 7:11; John 7:24).

---

## Certificate of Service

We certify that a copy of the Plaintiffs' Notice of Removal to Federal Court [Affidavit] was delivered to the Clerk of Court.

We certify that a copy of the Plaintiffs' Notice of Removal to Federal Court [Affidavit] will be delivered to the State Court and postal mailed and/or hand delivered to Defendants or Counsel for Defendants:

including only:
'*Notice of Removal to Federal Court;*'   Motion & Order to Terminate …; and   Certified copies of actual **Liens**
(to verify "*inflated attorney's fees*").

All other Exhibits are included by reference only:

Brynne Davies-Hackenberg, Esq.
Smink, Thomas & Associates
dba **Thomas, Adams & Associates**
4176 S. Plaza Trail (Suite 128)
Virginia Beach, VA  23452
Brynne@talawgroup.com
for:     - Charlestowne Condo Association
         - Smink, Thomas & Associates

William Sleeth & Matthew D. Meadows, Esqs.
**Gordon Rees Scully Mansukhani**, LLP.
5425 Discovery Park Blvd.  (Suite 200)
Williamsburg, VA  23188

Mmeadows@grsm.com
for:    AMAG, LLC.

**Atlantic Community Management**, Corp.
c/o    Registered Agent:  Philip J. Massa
5520 Greenwich Rd.    (Suite 201)
Virginia Beach, Va.  23462

this    18th    day of   January   ,  **A.D. (Year of our LORD)** 2024

By  *Joelle Joy Angel*

(Pro se)
Joelle Joy Angel, et. al
1631 Darren Circle
Portsmouth, VA 23701
(434) 532-2682

__X__  Plaintiffs          ____ Plaintiffs' Attorney

+ + +

5