# United States District Court

### for the Eastern District of Virginia
### Norfolk Division

| | |
|---|---|
| Joelle Angel et.al.:<br>Dana Bassett,   Jeffrey Bassett,   Rozelynd Bright,<br>Cynthia Parker,   Kristina Vinson,  Samuel Ward &<br>Michael Williams,<br><br><div align="center">Plaintiffs    (Pro Se)<br>(Individually & Collectively)</div><br>V.<br><br>Charlestowne Condo Association, Inc.,<br>Atlantic Community Management, Corp.,<br>AMAG, LLC            and<br>Smink, Thomas & Associates, P.C., d/b/a<br>   Thomas, Adams & Associates, P.C.<br><br><div align="center">Defendants.<br>(Individually & Collectively)</div> | Case No. _____ **2:24 cv 54**_____<br><br>28 USC §§ 1331;  1441(a);  1453(b)  &  1446.<br><br><br>**Federal Trade Commission Act** [15 USC  §§ 41-58]<br><br>**Fair Debt Collection Practices Act** [15 USC  § 1692 et. seq.]<br><br>**Class Action** (28 USC  § 1711)<br>Rule 23 F.R.Civ.P  15, 19 & 10<br><br>Jury Trial demanded;  Rule 81(c) |

<div align="center">

**Plaintiffs' 1st Amended "Notice of REMOVAL of Action(s)"**
**(AFFIDAVIT)**

</div>

Now come the [pro se] Plaintiffs, pursuant to the Federal Rules of Civil Procedure, moving this Court to amend their "Notice of Removal of Action(s)," with:

- *"required joinder of parties,"*
- Photos of condo unit damage (defendants' liability),
- Defendants' inflated attorney's fees:

<div align="center">

**Standards of Review**

</div>

## I. The [pro se] Plaintiffs amend their "Notice of Removal of Action(s) as follows:"

A. The Plaintiffs amend this Notice with *"required joinder of parties"* pursuant to the Federal Rules of Civil Procedure:

<div align="center">

<u>Additional Plaintiffs</u>
Dana  **Bassett**
Jeffrey **Bassett**

</div>

---

<u>Fed. Rules Civ. P. 15(a):</u>  **Amended and Supplemental Pleadings**
<div align="center">(Paraphrase)</div>

If the pleading is one to which no responsive pleading is permitted, and the action has not been placed on the trial  calendar, a party may amend any time within 21 days of service.

<u>Fed. Rules Civ. P. 19:</u>     **Required Joinder of Parties**
(a) Persons Required to Be Joined if Feasible.
   (1) *Required Party*.  A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction <u>must</u> be joined as a party if:
      (A) in that person's absence the court cannot accord complete relief among existing parties; or
      (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
         (i) as a practical  matter impair or impeded the person's ability to protect the interest;

<u>Fed. Rules Civ. P. 20:</u>     **Permissive Joinder of Parties**
(a) Persons Who May Join or Be Joined.
   (1) *Plaintiffs*.  Persons may join in one action as plaintiffs if:
      (A) they assert any right to relief jointly, severally or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences;  and
      (B) any question of law or fact common to all plaintiffs will arise in the action.

B. All Plaintiffs amend this Notice with attached <u>photos</u> of <u>damage</u> to their and other Charlestowne condo units and the <u>repairs</u> the Plaintiffs were <u>forced</u> to <u>pay for</u>:

<div align="right">(<i>see</i> <b>Attached</b> Photos)</div>

### PHOTOS
(Interior and Exterior Damage & Repairs)

| Plaintiff **Angel** **Damage** (1631 Darren Cir.) | **Paid-for-Repairs** |
|---|---|
| 1. Paint Peeling over Door<br>  2. Cracked Foundation | 1. New Roof & Painted Panel.<br>2. Replaced Metal Trim / Covering.<br>3. Repaired Common Area Fence. |

Plaintiffs **Bassett**　　　　　(1582 Darren Cir.)
1. Leaking Roof Ceiling Damage.
2. Leaking Roof Window Mold & Damage
3. Brick Molding Rot & Deterioration.

| Plaintiffs **Bright** & **Williams** (4652 Greenwood Dr.) | |
|---|---|
| 1. Damaged Gutters (a)  & (b).<br>2. Missing Soffit.<br>3. Damaged Electrical Conduit. | 1. Replaced back Storm Door. |

Plaintiff **Parker**　　　　(1625 Darren Cir.)
1. Exterior Hole—Squirrel entrance.
2. Broken Window pane.

| Plaintiff **Vinson** (1657 Darren Cir.) | |
|---|---|
| | 1.  New Roof & front Singles.<br>2.  New Back Fence &  New Gutters. |

| Plaintiff **Ward** (1570 Darren Cir.) | |
|---|---|
| 1. [front] Wall Rot. | 1. Repaired [front] Wall |

### Additional Charlestowne Condo-unit Damage
1. Torn Tarp [2-years old] on Worn-out Roof --1647 Darren Circle.
2. Water Damaged Ceiling [from  Leaking Roof] – 1647 Darren Circle.
3. Tarp on Damaged Roof 1563 Darren Circle.
4. Missing [front] Gutter – 4650 Greenwood Dr.
5. Detached [back] Gutter – 1656 Darren Circle.
6. Fallen [front] Gutter & Broken Window – 1650 Darren Circle.
7. Worn-out Soffit –1518 Darren Circle.
8. Boarded-up Community Center – & Damaged Garage Door.
9. Broken Fence [common elements] – (beside 1669 Darren Cir.).
10. Broken Fence [common elements] – (behind 1633 Darren Cir.).
11. Broken Fence & Trashed Unit – (behind 1555 & 1557 Darren Cir.).

#### Condo w/ 2 Squirrel Entrances & Unit Damage –1653 Darren Cir.
- Small Hole (Squirrel entrance)  top Left
- Large Hole (Squirrel entrance) top Right.

C. The foregoing deprivation renders all Plaintiffs "similarly situated."

D. The Plaintiffs have been defrauded, <u>personally injured</u>, and our homes have depreciated to half of the purchase price, due to the neglect and liability of the:

- Condo Association　　• Outgoing 　 and 　 • Incoming Association management firms.

April 12, 2023--the Association's [Master policy] insurance broker commented (to Co-Plaintiff Angel):
**"*Of the 400 condominiums that we* [Beskin-Divers] *insure, Charlestowne looks the absolute worst!*"**

## II. As all current plaintiffs, Plaintiffs Dana and Jeffrey Bassett assert their rights to relief arising out of the same series of occurrences and transactions:

A. The same questions of law and fact are common to all Plaintiffs:

1. The **Federal Trade Commission Act** [15 USC §§ 41-58]; Va. Consumer Protection Act; Virginia Condominium Act; and the Condo Bylaws:

   - The Unit Owners are suffering depreciation of their homes due to breach of contract and refusal to do contracted repairs, yet forced to pay condo fees to a sham condo Assoc.

   - The Federal Trade Commission Act enables Plaintiffs to:
     "*seek monetary redress and other relief for conduct injurious to consumers*."

2. The **Fair Debt Collection Practices Act** [15 USC § 1692 et. seq.] – using "*unfair, abusive and deceptive practices and statements*" to sue the condo Unit Owners for more attorney's fees (33%) than are justified by court order or the amount <u>stated</u> in Debt-collector's Letter (25%) on June 5, 2023.

B. The "required-joined" Plaintiffs are owner-occupant, condo Unit Owners in the Charlestowne Condominiums section of Portsmouth, Va.    Location: 1582 Darren Circle / Portsmouth, Va. 23701.

## III. Plaintiffs Bassett have been defrauded and <u>personally</u> <u>injured</u> by the Debt-collector law firm, via:

A. The **Fair Debt Collection Practices Act** [15 USC § 1692 et. seq.] – using "*unfair, abusive and deceptive practices and statements*" to sue the condo Unit Owners for more attorney's fees (33%) than are justified by court order or <u>stated</u> in their June 5, 2023 Letter (25%):

   - Inflated attorney's fees.
   - *See* Pltf. Angel's '*Corrected Bill of Particulars:*' p.p.10 – 11;   ¶¶ 1 – 8 and 12-13.
   - *See* also 'Bill of Particulars' from other Plaintiffs.

B. The Debt-collector's <u>Lien</u> recorded against the Bassetts' property reflects inflated attorney's fees: "*Attorney's fees of 33 %*," contrary to the amount stated in the Debt-collector's Letter (25%).

   - **Lien:** a certified copy of the Plaintiffs' "*Release of Lien*" is attached, to verify "*inflated attorney's fees.*"                    (*see* **Attached C**ertified Lien).

### CONCLUSION

WHEREFORE, by the authority of the Federal Rules of Civil Procedure and laws of the United States, this Court is justified in permitting this amendment. Thus, leave to amend should be liberally granted in furtherance of the ends of justice.

**Affidavit Declaration**
**28 USC § 1746   Unsworn Declarations under Penalty of Perjury**

We swear (affirm) under penalty of perjury that the statements made in this <u>1ˢᵗ Motion to Amend</u> '<u>Notice of Removal of Action(s)</u>' [Affidavit] are true and correct to the best of our knowledge.

✛

✛           ✛

Respectfully Submitted,    this _2nd_ day of _February__ . **A.D. (Year of our LORD)** 2024.

By _____
(Pro se)
Joelle Joy **Angel**
1631 Darren Circle
Portsmouth, VA 23701
(434) 532-2682

_____
(Pro se)
Dana **Bassett**
1582 Darren Circle
Portsmouth, VA 23701
(757) 636-5059

_____
(Pro se)
Jeffrey **Bassett**
1582 Darren Circle
Portsmouth, VA 23701
(757) 636-5076

_____
(Pro se)
Rozelynd **Bright**
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 465-7070

_____
(Pro se)
Cynthia **Parker**
1625 Darren Circle
Portsmouth, VA 23701
(757) 606-4931

_____
(Pro se)
Kristina **Vinson**
1657 Darren Circle
Portsmouth, VA 23701
(757) 237-9369

_____
(Pro se)
Samuel **Ward**
1570 Darren Circle
Portsmouth, VA 23701
(757) 465-2332

_____
(Pro se)
Michael **Williams**
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 690-3269

_X_   Plaintiffs        ___ Plaintiffs' Attorney

+

+        +

## Ghostwriting Certificate

We certify that we did not receive help from an attorney (on this earth) in preparing this document, only *GOD the righteous Judge*. (Psalm 7:11; John 7:24).

---

## Certificate of Service

We certify that a copy of the Plaintiffs' 1st Amendment to Notice of Removal of Action(s) [Affidavit] was delivered to the Clerk of Court.   A voluntary (not required) copy will be filed in State court.

We certify that a copy of the Plaintiffs' 1st Amendment to Notice of Removal of Action(s) [Affidavit] will be electronically delivered to the Defendants or Counsel for Defendants:

Brynne Davies-Hackenberg,  Esq.
**Smink, Thomas & Associates**
dba Thomas, Adams & Associates, P.C.
    4176 S. Plaza Trail (Suite 128)
    Virginia Beach, VA  23452
    Brynne@talawgroup.com
for:   - **Charlestowne Condo Association**
    - **Smink, Thomas  & Associates**

William Sleeth  &  Matthew D. Meadows,  Esqs.
**Gordon  Rees Scully Mansukhani**, LLP.
    5425 Discovery Park Blvd.  (Suite 200)
    Williamsburg, VA  23188

    Mmeadows@grsm.com
for:   AMAG, LLC.

**Atlantic Community Management,** Corp.
c/o   Registered Agent:  Philip J. Massa
    5520 Greenwich Rd.     (Suite  201)
    Virginia Beach, Va.  23462
    Phil@atlanticmgt.com

this    2 nd    day of    February    ,  **A.D. (Year of our LORD)** 2024

By    *Joelle Joy Angel*

    (Pro se)
Joelle Joy Angel, et. al
1631 Darren Circle
Portsmouth, VA 23701
    (434) 532-2682

  _X_  Plaintiffs     ____Plaintiffs' Attorney